# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| JOHN SOLAK, On Behalf of Himself and All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:17-cv-00763 |
| v. | |
| CABELA'S INCORPORATED, JAMES W. CABELA, THOMAS L. MILLNER, MICHAEL R. MCCARTHY, DENNIS HIGHBY, THEODORE M. ARMSTRONG, JOHN H. EDMONSON, BETH M. PRITCHARD, DONNA M. MILROD, JAMES F. WRIGHT, and PETER SWINBURN, | |
| Defendants. | |

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, that Plaintiff voluntarily dismisses the above-titled action against Defendants.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated:  June 21, 2017

**FARUQI & FARUQI, LLP**

By: _/s/ Michael Van Gorder_
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

*Counsel for Plaintiff*

**OF COUNSEL:**

**KAHN SWICK & FOTI, LLC**
Michael J. Palestina, Esq.
206 Covington Street
Madisonville, LA 70447
Tel.: (504) 455-1400
Fax: (504) 455-1498
E-mail: Michael.Palestina@ksfcounsel.com

*Counsel for Plaintiff*